# ELECTRONIC RECORD

COA # 11-14-00238-CR          OFFENSE: 22.011

STYLE: **Albert Melvin Piatt v. The State of Texas**          COUNTY: Palo Pinto

COA DISPOSITION:     DISMISSED          TRIAL COURT: 29th District Court

DATE: 3/5/15          Publish: NO     TC CASE #:     14229

## IN THE COURT OF CRIMINAL APPEALS

STYLE: **Albert Melvin Piatt v. The State of Texas**

_____PRO SE_____ Petition

FOR DISCRETIONARY REVIEW IN CCA IS:

_____refused_____

DATE: July 29, 2015

JUDGE: PC

CCA #: **PD-0348-15**

CCA Disposition: _____

DATE: _____

JUDGE: _____

SIGNED: _____          PC: _____

PUBLISH: _____          DNP: _____

------------------------

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**